IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
WENDY M. SEYLER,  : CHAPTER 13
    Debtor :
 : CASE NO. 1:19-bk-03880-HWV
HOME POINT FINANCIAL CORPORATION :
    Movant :
 :
    v. :
 :
WENDY M. SEYLER, :
    Respondent :

## ANSWER TO MOTION OF HOME POINT FINANCIAL CORPORATION FOR RELIEF FROM AUTOMATY STAY §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

AND NOW, comes Debtor, Wendy M. Seyler, by and through her attorney, Law Offices of Craig A. Diehl, answering the Motion of Home Point Financial Corporation as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Proof thereof is demanded at trial.

7. Denied. Proof of the amount is demanded at trial.

8. Denied. Debtor desires to retain possession of the home and understands her obligation to make post-petition mortgage payments.

9. Admitted.

10. Admitted.

WHEREFORE, Debtor seeks a reasonable amount of time to bring any post-petition default current.

Respectfully Submitted,

LAW OFFICES OF CRAIG A. DIEHL

Date: December 23, 2019         By: /s/Craig A. Diehl, Esq., CPA
                                Craig A. Diehl, Esquire, CPA
                                3464 Trindle Road
                                Camp Hill, PA 7011
                                (717) 763-7613
                                cdiehl@cadiehllaw.com
                                Attorney for Debtor